IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

**ANGELA M. LEAKES,**

    Plaintiff,

v.	No. 2:09-cv-02824-SHM-cgc

**FEDEX SUPPLY CHAIN SERVICES,**

    **Defendant.**

## ORDER GRANTING DEFENDANT'S FIRST MOTION TO COMPEL

Before the Court is Defendant FedEx Supply Chain Services's First Motion to Compel. (D.E. #10).  The instant motion was filed on June 2, 2010.  Pursuant to Local Rule 7.2(a)(2), the opposing party shall file a response within fifteen days after service of the motion, and failure to respond timely may be deemed good grounds for granting the motion.  To date, no response has been filed.  Accordingly,  Defendant's Motion to Compel is hereby GRANTED.

**IT IS SO ORDERED** this 22nd day of June, 2010.

    s/ Charmiane G. Claxton
    CHARMIANE G. CLAXTON
    UNITED STATES MAGISTRATE JUDGE